**Kenneth F. KOWAL, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 03–7099.**

United States Court of Appeals, Federal Circuit.

Nov. 12, 2003.

ON MOTION

*ORDER*

Upon consideration of parties' joint stipulation of dismissal with prejudice pursuant to Fed. R.App. P. 42(b),

IT IS ORDERED THAT:

(1) The motion is granted.*

(2) Each party shall bear its own costs.

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

---

\* We note that the parties' requests that this dismissal be with prejudice, however, it is not

the practice of this court to dismiss with or without prejudice.